# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **JOSEPH BLUE,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:18CV00339 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **K. SMITH, RN, ET AL.,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** that this civil rights action, brought pursuant to 42 U.S.C. § 1983, is summarily DISMISSED pursuant to 42 U.S.C. § 1997e(c)(1), for failure to state a claim upon which relief can be granted, and the clerk shall close the case.

ENTER: November 21, 2018

/s/ James P. Jones
United States District Judge